**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                              Chapter 13

Timothy Nemeth                                      No.   05-31330

        Debtor                              Hon.  A. Benjamin Goldgar

**STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

    Select Portfolio Servicing, Inc., Servicing agent for, U.S. Bank National Association, as Trustee, in Trust for the Holders of EQCC Home Equity Loan Trust Series 1998-2, files this, its Statement of Outstanding Payment Obligations of Debtor:

Total amounts of outstanding payment obligations due from Debtor to Select Portfolio Servicing, Inc. are **$16,931.77** itemized as follows:

| Date | Payee | Description | Amount |
| --- | --- | --- | --- |
| 05/26/2006 | Cook County | 2005 Taxes | $1,872.37 |
| 05/26/2006 | Cook County | 2004 Taxes | $4,170.11 |
| 05/26/2006 | Certified Check fee | redemption check fee | $    28.00 |
| 04/12/2007 | Cook County | 2005 Taxes | $2,933.73 |
| 04/25/2007 | Cook County | 2006 Taxes | $2,433.62 |
| 05/14/2007 | Cook County | Penalty & Interest | $    35.44 |
| 01/12/2009 | Cook County | 2007 Taxes | $5,539.15 |
| 02/25/2009 | Credit | Escrow Recovery | {$    27.67} |
| 05/15/2009 | Credit | Escrow Recovery | {$53.00} |

    The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

    To the extent the amounts set forth in this Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified

plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.


Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Select Portfolio Servicing, Inc.



Susan J. Notarius - ARDC #06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679